No. 39617.—Protests 772664–G, etc., of Greenberg & Josefsberg (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) beach balls at 30 percent under paragraph 1502, *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) followed; (2) rubber balls like those the subject of Abstract 27179 at 30 percent under paragraph 1502; (3) novelties in chief value of rubber at 25 percent under paragraph 1537 (b); and (4) novelties in chief value of fur at 50 percent under paragraph 1519 (e), Abstract 25607 followed.

No. 39618.—Protest 697723–G of New York Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel the tennis rackets and balls in question were held dutiable at 30 percent under paragraph 1502. *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (24 C. C. P. A. 338, T. D. 48770) followed.

No. 39619.—Protests 758944–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of tennis rackets similar to those the subject of *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573). The claim at 30 percent under paragraph 1502 was therefore sustained.

BEFORE THE SECOND DIVISION, OCTOBER 17, 1938

No. 39620.—Protest 458559–G of Raymond Kargere (New York).

Opinion by TILSON, J. Embroidered articles similar to those involved in *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397) were held dutiable at 75 percent under paragraph 1430 as claimed.

No. 39621.—Protests 851311–G, etc., of A. W. Fenton Co. (Cleveland).

Opinion by TILSON, J. So-called baby shoes were found to consist of footwear in chief value of silk and in part of braid without any line of demarcation between the sole and the upper. The protests were overruled, the court saying that all cases in which baby shoes have been held not to be properly dutiable under paragraph 1529 had a clear line of demarcation between the sole and the upper.